01

02

03

04

05

06

07 UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
08 AT SEATTLE

09 JAMES A. BATTLE, JR.,                        )
                                               )   CASE NO.   C10-5410-RSM-MAT
10            Plaintiff,                        )
          v.                                   )   ORDER GRANTING IN PART
11                                             )   PLAINTIFF'S MOTION TO FILE
     ALAN BAALAER, *et al.*,                   )   OVER-LENGTH BRIEF AND
12                                             )   REQUEST FOR EXTENSION OF
            Defendants.                         )   TIME
13 _____ )

14       This is a civil rights action brought pursuant to 42 U.S.C. § 1983.   This matter comes

15 before the Court at the present time on plaintiff's motion for leave to file an over-length

16 response to defendants' summary judgment motions and his request for additional time to file

17 his response.   The Court having reviewed plaintiff's motion, and the balance of the record,

18 does hereby ORDER as follows:

19       (1)     Plaintiff's motion for leave to file an over-length response to defendants'

20 summary judgment motions (Dkt. No. 124) is GRANTED in part.   Plaintiff requests in the

21 instant motion that the page limit for his response to defendants' summary judgment motion be

22 extended to 45 pages because he will be forced to handwrite his response and will therefore be

ORDER GRANTING IN PART PLAINTIFF'S
MOTION TO FILE OVER-LENGTH BRIEF
PAGE - 1

01  unable to meet the type-face requirements.   While the Court is willing to allow plaintiff a few

02  additional pages given his need to handwrite his response, the number requested by plaintiff is

03  excessive.   Plaintiff will be permitted to file two briefs, ***not exceeding 15 pages each***, in

04  response to defendants' pending summary judgment motions.

05          (2)     Plaintiff's request for additional time to file his responses is GRANTED.

06  Plaintiff is directed to file and serve his responses not later than ***January 9, 2012***.   Plaintiff is

07  advised that no further extensions will be granted.

08          (3)     All pending summary judgment motions (Dkt. Nos. 100, 1001 and 109) are

09  RE-NOTED on the Court's calendar for consideration on ***January 13, 2012***.   All reply briefs

10  must be filed by that date.

11          (4)     The Clerk is directed to send copies of this Order to plaintiff, to counsel for

12  defendants, and to the Honorable Ricardo S. Martinez.

13          DATED this 20th day of December, 2011.

14

15                                                  Mary Alice Theiler

16                                                  United States Magistrate Judge

17

18

19

20

21

22

ORDER GRANTING IN PART PLAINTIFF'S
MOTION TO FILE OVER-LENGTH BRIEF
PAGE - 2