UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

JAMES A. BATTLE, JR.,　　　　　　　　　)
　　　　　　　　　　　　　　　　　　　)　CASE NO. C10-5410-RSM-MAT
　　　　　Plaintiff,　　　　　　　　　　)
　　v.　　　　　　　　　　　　　　　　)　ORDER GRANTING IN PART
　　　　　　　　　　　　　　　　　　　)　PLAINTIFF'S MOTION TO FILE
ALAN BAALAER, *et al*.,　　　　　　　　)　OVER-LENGTH BRIEF AND
　　　　　　　　　　　　　　　　　　　)　REQUEST FOR EXTENSION OF
　　　　　Defendants.　　　　　　　　　)　TIME
_____)

This is a civil rights action brought pursuant to 42 U.S.C. § 1983. This matter comes before the Court at the present time on plaintiff's motion for leave to file an over-length response to defendants' summary judgment motions and his request for additional time to file his response. The Court having reviewed plaintiff's motion, and the balance of the record, does hereby ORDER as follows:

(1)　Plaintiff's motion for leave to file an over-length response to defendants' summary judgment motions (Dkt. No. 124) is GRANTED in part. Plaintiff requests in the instant motion that the page limit for his response to defendants' summary judgment motion be extended to 45 pages because he will be forced to handwrite his response and will therefore be

ORDER GRANTING IN PART PLAINTIFF'S
MOTION TO FILE OVER-LENGTH BRIEF
PAGE - 1

unable to meet the type-face requirements. While the Court is willing to allow plaintiff a few additional pages given his need to handwrite his response, the number requested by plaintiff is excessive. Plaintiff will be permitted to file two briefs, ***not exceeding 15 pages each***, in response to defendants' pending summary judgment motions.

(2) Plaintiff's request for additional time to file his responses is GRANTED. Plaintiff is directed to file and serve his responses not later than ***January 9, 2012***. Plaintiff is advised that no further extensions will be granted.

(3) All pending summary judgment motions (Dkt. Nos. 100, 1001 and 109) are RE-NOTED on the Court's calendar for consideration on ***January 13, 2012***. All reply briefs must be filed by that date.

(4) The Clerk is directed to send copies of this Order to plaintiff, to counsel for defendants, and to the Honorable Ricardo S. Martinez.

DATED this 20th day of December, 2011.

Mary Alice Theiler
United States Magistrate Judge