UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| JAMES A. BATTLE, JR., ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> ALAN BAALEAR, *et al.*, ) <br> ) <br> Defendants. ) <br> _____ ) | CASE NO.  C10-5410-RSM <br><br> ORDER RE: CROSS-MOTIONS FOR <br> SUMMARY JUDGMENT |

The Court, having reviewed plaintiff's amended complaint, the parties' cross-motions for summary judgment, the Report and Recommendation of the Honorable Mary Alice Theiler, United States Magistrate Judge, plaintiff's objections thereto, defendants' response to plaintiff's objections, plaintiff's reply, and the remaining record, does hereby ORDER:

(1) The Court adopts the Report and Recommendation;

(2) Defendants' motion for summary judgment on the merits (Dkt. #100) is GRANTED;

(3) Defendants' motion for summary judgment based on qualified immunity (Dkt. # 101) is STRICKEN as moot;

ORDER RE: CROSS-MOTIONS FOR
SUMMARY JUDGMENT -1

(4) Plaintiff's cross-motion for summary judgment (Dkt. #109) is DENIED;

(5) Plaintiff's Fourth Amendment claims, as asserted in his amended civil rights complaint (Dkt. #62), are DISMISSED with prejudice. Plaintiff's state law claims are DISMISSED without prejudice; and

(6) The Clerk is directed to send copies of this Order to plaintiff, to counsel for defendants, and to the Honorable Mary Alice Theiler.

DATED this 30th day of May 2012.

*[signature]*

RICARDO S. MARTINEZ
UNITED STATES DISTRICT JUDGE

ORDER RE: CROSS-MOTIONS FOR
SUMMARY JUDGMENT -2